803
234
7/30

**U.S. District Court**

**District of South Carolina**

KROGER 1028
Kenyon Rd
Blythwood, S.C. 29016
29180

**Notice of Electronic Filing**

The following transaction was entered on 8/26/2024 at 1:21 PM EDT and filed on 8/26/2024

**Case Name:** Glenn et al v. Store Kroger
**Case Number:** 3:24-cv-03931-CMC
**Filer:**
**Document Number:** 16(No document attached)

1028 KROGER
Robert Branch Pkwy
Columbia, SC 29203

**Docket Text:**
***CASE MANAGEMENT TRANSFERRED to civil case manager for Judge Cameron McGowan Currie. Any future filings must be sent to the Clerk's Office at the following address: 901 Richland Street Columbia, SC 29201. (cpri)

I like for kroger to cut a Deed for the Remaning land

I su Kroger for pushing down a hill of dirt level an Building the store Kroger off of Kenyan Rd I su for 3 Card food Card Gas Card an Clothing Card and $85 trillion